JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANN VALADEZ, ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> **Defendant.** ) <br> _____ ) | NO. CV 18-4704-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 18, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE